Sharon Alexander, Plaintiff-Respondent, 
against
David Greenwald and Sharp Management Corp., Defendants-Appellants.




Defendants appeal from a judgment of the Small Claims Part of the Civil Court of the City of New York, New York County (Louis L. Nock, J.), entered on or about August 8, 2018, after trial, in favor of plaintiff and awarding her damages in the principal sum of $1,000.




Per Curiam.
Judgment (Louis L. Nock, J.), entered on or about August 8, 2018, affirmed, without costs.
The record and the ends of "substantial justice" support the judgment issued in plaintiff's favor upon the trial of this small claims action (CCA 1804, 1807; see Williams v Roper, 269 AD2d 125 [2000], lv dismissed 95 NY2d 898 [2000]). Based on plaintiff-tenant's unrebutted testimony regarding the failure of defendant-landlord to make repairs, and proof that a notice of violation was issued for inadequate heat in her apartment, the court was warranted in awarding plaintiff reimbursement for additional utility charges that she incurred due to the use of electric heaters provided by building management.
Defendants' present argument that they, as managing agents, were improper parties to the action, is raised for the first time on appeal to this Court, and we decline to reach it (see Matter of 322 W. 47th St. HDFC v Loo, 153 AD3d 1143 [2017], lv dismissed 30 NY3d 1084 [2018]).
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concur I concur
Decision Date: October 18, 2019